## OWEN v. FIRST NAT. BANK OF CHANDLER.

No. 6208.   Opinion Filed January 11, 1916.

(153 Pac. 1164.)

*Error from District Court, Lincoln County;*
*Chas. B. Wilson, Jr., Judge.*

Action by the First National Bank of Chandler against Della M. Owen.   From the judgment, Della M. Owen brings error.   Affirmed.

*Wagoner & Harris,* for plaintiff in error.

*F. A. Rittenhouse,* for defendant in error.

PER CURIAM.  This case was duly submitted on December 6, 1913, but no briefs have been filed by plaintiff in error.  We have examined the record, and find no substantial error therein.

We therefore recommend that the judgment below be affirmed.

By the Court:  It is so ordered.